UNITED STATES of America,
**Plaintiff–Appellee,**

v.

Marsalina **MACHUCA, Defendant—**
**Appellant.**

No. 10–6668.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.

Decided: July 1, 2010.

Marsalina Machuca, Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marsalina Machuca seeks to appeal the district court's order denying her motion for downward departure pursuant to 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Machuca*, 4:05–cr–00002–jlk–2 (W.D.Va. Dec. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*